**John CUTTS; Dionne Cutts,**
Appellants,

v.

**LINCOLN FINANCE COMPANY; County of St. Louis, Missouri; Schweig Engel Corporation; Able Locksmiths, Appellees.**

No. 03–1317.

United States Court of Appeals,
Eighth Circuit.

Submitted June 18, 2003.

Decided Sept. 30, 2003.

---

John Cutts, pro se, Dionne Cutts, pro se, Ferguson, MO, for Plaintiffs–Appellants.

Lawrence B. Wittels, Seigel & Wolff, Clayton, MO, Marvin L. Lindmark, III, Bobroff & Hesse, St. Louis, MO, Robert C. Moore, County Counselor's Office, Clayton, MO, for Defendants–Appellees.

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.

PER CURIAM.

John and Dionne Cutts (Cutts) appeal the district court's [1] adverse grant of summary judgment, and the subsequent denial of Federal Rule of Civil Procedure 60(b) relief, in their 42 U.S.C. § 1983 action. Upon careful de novo review of the record, we conclude the district court properly dismissed all defendants for the reasons explained by the district court. We further find (1) any error in the district court's mootness dismissal of the Cutts's summary judgment motion was harmless; (2) Cutts requested dismissal of their motion for direct answers and sanctions, and thus cannot complain that the district court did not grant sanctions; and (3) the district court did not abuse its discretion in denying Rule 60(b) relief. *See Swope v. Siegel–Robert, Inc.,* 243 F.3d 486, 498 (8th Cir.), *cert. denied,* 534 U.S. 887, 122 S.Ct. 198, 151 L.Ed.2d 139 (2001).

Finally, Cutts's remaining arguments are raised for the first time on appeal, including first in their reply brief. Thus, we find these matters are not properly before us.

---

1. The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.